FILED
AUG - 5 2016
Clerk U.S. District Court
Greensboro, NC
BY

Lewis T. Cornell,
    (Petitioner),
      )
      )
      )
      )

v.

**Case No. 1:00CR204-3**

**USM No. 20461-057**

United States of America,
    (Respondent),

## MOTION FOR RECONSIDERATION
## OF REDUCTION OF SENTENCE
## PURSUANT TO 18 U.S.C. §3582(C)(2)

In light of the Honorable Judge's decision Order of 7/13/16, Petitioner respectfully request a Reconsideration of the Honorable Judge's Order of only a 20 month reduction. While Petitioner appreciates any reduction of his sentence, Petitioner's recent letter of suggested reduction from the Probation Department of 68 months, a full and complete 2pt. reduction (3/12/16), is a much more fitting reduction. Your Order of a minimum of 20 months does not constitute a full 1pt. reduction and Petitioner feels it does not reflect well on his Veteran of War History, his Military History (17 Medals including 2 Bronze Stars, 3 Bronze Service Stars, Purple Heart and other important and well earned medals).

Petitioner also feels it fail to reflect his character and his character association with the public and the minor or minimal role of Petitioner in the instant offense.

Petitioner wonders, due to the minimal reduction and the Honorable Judge's comment of reflection, if the Honorable Judge Eagles received not only Petitioner's pleading, but also Petitioner's

many exhibits of public works, public awards and appreciations plaques and certificates. Petitioner's past time of incarceration has given Petitioner time to absorb an understanding that even though his role was a misguided mistake and minimally executed, Petitioner absolutely would not commit this error of judgement again. Petitioner meets the criteria for this reduction and this matter before the court is not violent and his status is camp eligible.

We pray the court acceprs and reviews this Motion more facorably and accurately to reflect Petitioner's minimal role and nature.

Respectfully,

*Lewis T. Cornell*

Lewis T. Cornell
#20461-057

I swear under penalty of perjury this Petition is mailed on the 2ND day of August , 2016.

This Order signed and mailed on 7-15-16
was received via inmate mail on 7-19-16 .

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

251 N. Main St., Ste. 840
Winston-Salem, NC 27101
Phone: (336) 631-5111
Fax: (336) 631-5095



# MEMORANDUM

March 21, 2016

The Honorable William L. Osteen, United States Sentencing Judge

FROM: C. Tate Nuckols, U.S. Probation Office
R. Dale Parrish, Supervisory U.S. Probation Officer

RE: Lewis Thomas Cornell
Docket No: 1:00CR204-3

The defendant, having been previously sentenced to a term of 360 months, based on a sentencing range that has subsequently been lowered by the Sentencing Commission, and upon *motion* of the defendant, the guideline range has been recalculated as shown below:

| Previously Determined Sentencing Range | | Reduced Sentencing Range | |
|---|---|---|---|
| Previous Offense Level: | 42 | New Offense Level: | 38 |
| Previous Criminal History Category: | III | Criminal History Category: | III |
| Previous Range: | 360 months to life | New Range: | 292 to 365 months |

## Other

The drug amount attributable to the defendant in the presentence report is 96 kilograms of cocaine base. This drug amount would not warrant a reduction in the base offense level of 38. However, the Court, in denying the defendant a reduction under both the 2007 and 2011 crack retroactive amendments, found that the defendant was accountable for more than 4.5 kilograms of cocaine base based on information contained in the presentence report and presented at trial. Giving the defendant the benefit of using this more than 4.5 kilograms amount, the base offense level under the 2014 drug retro amendment would be 34, plus 2 levels for possession of a weapon, plus 2 levels for obstruction, for a total offense level of 38. A total offense level of 38 and a criminal history category of III results in a guideline range of 292 to 365 months.



# Certificate of Service

## This Certifies That

### LEWIS T. CORNELL SR.

### UNITED STATES MARINE CORPS

*meets the strict requirements
set forth by the*

## CONGRESS OF THE UNITED STATES

*for Official Membership in*

## THE AMERICAN LEGION.

---

In gratitude for your support in protecting America's freedom and democracy,
your name, upon reactivation of your membership, will be inscribed on
The American Legion Special Member Rolls.



*Rob W. Thigpe*

NATIONAL ADJUTANT'S SIGNATURE OF NOMINATION

Lewis T. Cornell, Military Awards
Master Gunnery Sergeant –E9
Three Combat Tours
0311; 4330 Combat Intelligence
First Reconnaissance Company
First Battalion
First Marine Division

# United States Marine Corps

**National Defense Service Award** – For active federal service in the armed forces from Jan.1, 1961 - Aug. 14, 1974.

**Two Purple Hearts** – Awarded for wounds (or death) as an act of any opposing armed force, or as a result of military operations while serving as part of a peacekeeping force.

**Vietnam Service Medal** – For service in Southeast Asia and contiguous waters or air space there over from July 4, 1965 - Mar. 28, 1973.

**Republic of Vietnam Campaign Medal** – For 6 months direct combat support or service in South Vietnam between Mar. 1, 1961 and Mar. 28, 1973. Also for those wounded, captured or killed in action or in the line of duty during the same period.

**Two Bronze Star Medals** – For heroic or meritorious achievement of service, not involving aerial flight in connection with operations against an opposing armed force.

**Marine Corps Armed Forces Expeditionary Medal** – For participating in designated operations after July 1, 1958.

**Good Conduct Medal** – Based on conduct for 3-year periods of continuous active service.

**Three Bronze Service Stars** – Represents participation in campaigns or operations, multiple qualifications or an additional award to any of the various ribbons on which it is authorized. (For Service in Southeast Asia – Republic of Vietnam)

**Combat Action Ribbon (Navy-Marine Corps-Coast Guard)** – For active participation in ground or surface combat subsequent to Mar. 1, 1961, while in the grade of captain/colonel or junior thereto.

**Navy and Marine Corps Overseas Service Ribbon** – For 12 months consecutive or accumulated active duty at an overseas duty station, or for 30 consecutive days or 45 days of active duty for training or temporary active duty after Aug. 14, 1974.

**Presidential-Unit-Citation – (Navy – Marine Corps – Coast Guard)** – For service in unit cited in the name of the President for outstanding performance in action.

**Republic of Vietnam Gallantry Cross Unit Citation** – Awarded by the Republic of Vietnam to units for valorous combat achievement.

Expert Rifleman Medal
Expert Pistol Shot Medal



*Membership Authorization*
*Awarded To*

# Lewis Cornell

This document officially authorizes the
individual named above to submit the attached
Membership Acceptance Certificate for
Active Membership in the Veterans of Foreign Wars
of the United States of America,
and upon qualification, entitlement to all
rights and privileges hereby granted.

_____
ADJUTANT GENERAL



Certificate of Appreciation

2000

VETERANS OF FOREIGN WARS OF THE UNITED STATES

Recognizes

Mr Lewis Cornell

of

Winston Salem, North Carolina

For faithful support of America's deserving veterans, and their families

The genuine concern you have demonstrated for the sick, disabled and aging defenders of our nation is an inspiration to us all.

John _____, Jr.
Adjutant General, Veterans of Foreign Wars

February 21, 2000
Date



2000 DISABLED AMERICAN VETERANS

*Commanders Club*

IN GRATEFUL APPRECIATION TO

*Lewis Cornell Sr.*

**GOLD LEADER**

This certificate is presented in recognition of outstanding devotion and generosity toward America's disabled veterans.

DISABLED AMERICAN VETERANS



HUTT RIVER PROVINCE
1970
INDEPENDENT
SOVEREIGN STATE

# Royal Proclamation

*Be it known to all folk that the*
*Principality of Hutt River Province,*
*until December 02, 1996,*
*hereby bestows Royal Patronage upon*

**Lewis Cornell**

*Royal Patronage is bestowed upon those*
*whose lineage and deeds show that*
*they are worthy of noble mention.*
*Confirmed under my hand this*
*24th day of December, 1995.*

*Prince Regent*





# The Principality of
# Hutt River Province

Hereby Proclaims that in
Recognition of Outstanding Service and
Selfless Contribution to International Affairs,

## The Honourable
## LEWIS CORNELL

is hereby
Nominated for Appointment as

## Citizen of the Year 1996

All Principality Citizens,
Nobles, and Holders of
Royal Patronage acknowledge
The Honourable
LEWIS CORNELL
for this meritorious achievement.

Nominated and Proclaimed
this 15th Day of February
in the Year of our Lord 1996.



*His Royal Highness, Kevin*
*Prince Regent, Hutt River Province Principality*

# Certificate of Recognition

The National Children's Cancer Society Recognizes

## MR. LEWIS CORNELL

AS A

### VALUED 1996 SUPPORTER

On behalf of the children whose lives you've helped save, their families and all of us at The National Children's Cancer Society, this certificate is presented to you with our sincere gratitude.

THE NATIONAL CHILDREN'S CANCER SOCIETY, Inc.

"Reach out and save a child's life"®

Mark E. Stolze
Executive Director

MAY 6, 1996
Date

090690



STEVE NEAL
TH DISTRICT, NORTH CAROLINA

October 4, 1989

Mr. Lewis T. Cornell
3628 Cornell Blvd.
Winston-Salem, North Carolina 27107

Dear Mr. Cornell:

It is a delight to write this letter supporting your Projects Grant Application to the Winston-Salem Forsyth County Arts Council. Sometime in late 1988 I came to see you as more than a budding artist. Your portrait of Congressman Floyd Flake of New York was extremely well done. I am certain that he was sincerely flattered. I was impressed. It is my desire that the funding of your project will enable you to nurture and broaden your appeal. Best wishes and please let me know if there is anything I can do to assist you.

Sincerely,

STEPHEN L. NEAL
U.S. Congressman

SLN:sa

ON OFFICE:
ISE OFFICE BUILDING
DC 20515
225-2071

HOME OFFICE:
421 FEDERAL BUILDING
WINSTON-SALEM NC 27101
PHONE: (919) 761-3125



North Carolina General Assembly
State Legislative Building
Raleigh 27601-2808

REPRESENTATIVE LARRY W. WOMBLE
DISTRICT 66

February 5, 2001

To Whom It May Concern:

Mr. Lewis Cornell, Sr. of the Artist Speaks, Inc. started in 1973, is a well-known artist in the Winston-Salem community among elected officials including myself, the mayor, Businessmen, clergy and art associations. I have known him for many years, and find him to be a respectable and very talented artist.

He is a National Art Award winner (3rd Prize) and has won numerous art awards including an outstanding service award from the Urban Arts Council in 1988 for Volunteer service teaching art classes at the Sawtooth Center for Visual Arts.

Mr. Cornell has painted my portrait, one of Alderwoman Vivian Burke of Winston-Salem, Rev. Jesse Jackson, former Congressman Floyd Flake of New York, the late Lawrence Joel of the Winston-Salem coliseum namesake, the late Alderman Carl Russell Sr., and founder R. J. Reynolds, Sr., to name some.

I'm writing this letter in support of Mr. Lewis Cornell for his sentencing hearing, since I was told by his attorney that I would not be needed as a character witness at his trial in September 2000.

Very truly yours

Larry W. Womble
Representative, 66th District



## City of Winston-Salem
## North Carolina
### 27102

September 26, 2000

To whom it may concern:

I have known Lewis Cornell for approximately twenty years. He is an accomplished artist, and his work is represented in both the Winston-Salem City Hall and in the Lawrence Joel Veterans Memorial Coliseum.

Over the years he has given of himself in numerous ways, including teaching art classes at city recreation centers. I know him to be a Christian and an influence on many young people in our community.

Respectfully,

Jack Cavanagh, Jr.
Mayor



Rev. Dr. Seth O. Lartey
Pastor

# Goler Memorial A.M.E. Zion Church
630 N. Patterson Avenue
Winston-Salem, N.C. 27101

October 20, 2010

To Whom It May Concern:

I am the Reverend Dr. Seth O. Lartey, Pastor of the Goler Memorial African Methodist Episcopal Zion Church, located at 630 North Patterson Avenue, Winston-Salem, North Carolina.

Goler Memorial Church is one-hundred twenty-nine years old. It is the fifth oldest African-American Church in Winston-Salem. The church has approximately nine hundred plus families.

I have come to know Mr. Lewis Cornell since 2000. He is a member of the church. Since his association with the church, Mr. Cornell has proven to be a man who is respectful, reliable, dependable, loves everybody, loves God and seeks to do the right things with regards to the law and to enhance civilization.

This communication is our instrument of assuring the judicial system that Mr. Lewis Cornell is not a threat to society and that he will seek to uphold the laws of this land. The mercy of this court system will be highly appreciated on behalf of Mr. Lewis Cornell.

Kind regards.

Rev. Dr. Seth O. Lartey
Pastor

SOL:

Cc: Mrs. Glenda Cornell

Feb 16, A.D. 2008 — Saturday 0800
Master Gunnery Sgt Lewis Cornell,

Hello sir how're you doing today? I'm very well and
blessed. I apologize to take so long to contact you. I just receives
ur christmas card on Friday night. On december 15th I went to the
spital for a reaction to treatment of my stomach cancer. I ended up havn
er four operations and going through a major theapy recovery. When I
mpleted that I turned myself in on that misdeamor warrant that I
d. They held me in all this past Friday but I still have court in march.

So how're things with you? How is your wife and family doing?
pray that they're great. I am trying to get things in order here
ts a little hard to do, but things are coming together. I'm doing
at I have to.

I've applied to bible college, I plan to become a
stor. Sir your more than a Marine and a gentleman. Your my friend
d my role model. If you need anything let me know. I truly look up
you. Your a great husband, Father, patriot, and of God. I'm striving
be more Christ like and more of the type of man you are.

I'll keep you posted on whats going on. Be safe & keep in
touch.

Semper Fi

Cpt: Edwin G. Johnson Jr.

## Biographical

Lewis T. Cornell, Sr.
The Artist Speaks, Inc.
3628 Cornell Blvd.
Winston-Salem, NC 27107
Phone: 336-788-2434

## Professional

Founder and Owner of The Artist Speaks, Inc. since 1973.
Multi-media Contract Painting (Landscapes, seascapes, abstracts, portraits and murals)
Decorating

## Professional Affiliations

The Arts Council
Associated Artists
Artist for the FD & MA Association of NC
Black Artist Guild
National Council of Artists
North Carolina League of Creative Arts and Crafts, Inc.

## Education

Atkins High School, Winston-Salem, NC
North Carolina School of the Arts, Winston-Salem, NC
Government School at Gary Training Center, Commercial Arts - San Marcos, TX

## Civic

NAACP (National Association for the Advancement of Colored People)
BPAL (Black Political Alliance League) Winston-Salem, NC

## Military

U. S. Marines - Honorable Discharge
Awarded Purple Heart

## Exhibitions

Phi Omega Chapter of Alpha Kappa Alpha Sorority, Inc.
The Ebony Room - Black Artist
Experiment in Self-Reliance, CEP Program
Black Churches - Shiloh Baptish - Mount Zion Baptist
                 New Bethel Baptist
                 Galilee Baptist
                 Kimberly Park Holiness
                 Ambassador Cathedral
M. C. Benton Convention Center
North Carolina Central University
Winston-Salem State University
Potters House Gallery - Washington, DC
Southeastern Gallery of Contemporary Art (SECCA)
Sawtooth Center

## Commissioned Portraits

Alderman Carl Russell, Sr.
Alderman Patrick Hairston
Senator John J. Cavanaugh, Jr.
R. J. Reynolds, Sr.
Leslie McClennon, Exec. Director, Patterson Avenue YMCA
Rev. Warnie C. Hay
Alderwoman Vivian Burke
Rev. Jesse Jackson
Rev. William Crawford, first black alderman in Winston-Salem, NC
Congressman Floyd Flake of New York
Alderman Larry Womble
Lawrence Joel - Veteran and Congressional Medal of Honor Recipient
Dr. Maya Angelo

## Awards

1st, 2nd and 3rd Prize - 3rd grade, 14th Street School, Winston-Salem, NC
1st Scholastic Art Award - 5th grade and Scholastic Art Award - 10th grade (Atkins High School)
Certificate of Merit
Golden Key with double ring
3rd Prize - National Art Award
Outstanding Service Award - Urban Arts Council
Numerous awards for works of charcoal, pastel, water colors, oil and
      pencil drawings

| Inmate Name: CORNELL, LEWIS THOMAS | Reg #: 20461-057 | Complex: PEX |
|---|---|---|
| Date of Birth: | Sex: M | |

**Consultation/Procedure Requested:** Optometry

**Subtype:** Onsite Eval - Dr. Green

**Priority:** Routine

**Target Date:** 07/31/2015

**Reason for Request:**
Annual dilated fundoscopy

**Provisional Diagnosis:**
ID and NIDDM

**Medications (As of 10/19/2015)**
amLODIPine 10 MG TAB  Exp: 05/17/2016  SIG: Take one tablet by mouth each day
_____600MG/300MG TAB  Exp: 11/14/2015  SIG: Take one tablet by mouth at bedtime
Allopurinol 100 MG Tab  Exp: 11/14/2015  SIG: Take two tablets by mouth each day
Aspirin 81 MG EC Tab  Exp: 05/17/2016  SIG: Take one tablet by mouth each day
Atenolol 50 MG TAB  Exp: 05/17/2016  SIG: Take one tablet by mouth twice daily
Atorvastatin 80 MG TAB  Exp: 05/17/2016  SIG: Take one tablet by mouth at bedtime for control of cholesterol
_____ 600 MG Tab  Exp: 11/14/2015  SIG: Take one tablet by mouth at bedtime
Fosinopril Tablet 40 MG  Exp: 11/14/2015  SIG: Take one tablet by mouth each day
glipiZIDE  5 MG TAB  Exp: 05/17/2016  SIG: Take one tablet by mouth twice daily
Hydrochlorothiazide 25 MG Tab  Exp: 05/17/2016  SIG: Take one tablet by mouth each day
Labetalol HCL 200 MG Tab  Exp: 11/14/2015  SIG: Take one tablet by mouth twice daily
Loperamide Capsule  2 MG  Exp: 11/16/2015  SIG: Take 2 capsules initially after first loose stool, followed by 1 capsule after each following loose stool, up to 8 capsules each day
Sodium Bicarbonate 325 MG Tab  Exp: 11/14/2015  SIG: Take two tablets by mouth twice daily
Tamsulosin HCl 0.4 MG Cap  Exp: 11/14/2015  SIG: Take one capsule by mouth at bedtime

**Allergies (As of 10/19/2015)**
NSAIDs, Ibuprofen, Acetaminophen

**Health Problems (As of 10/19/2015)**
Other disorder of bone and cartilage, *REVISED ICD9 Other specified disorders of breast, Diabetes mellitus, type II (adult-onset), Hypertension, Benign Essential, Hyperlipidemia, mixed_____
_____ Osteoarthrosis, localized, unspec prime or second, Toe(s), contusion, Ingrowing nail, Gout, unspecified, Other specified disorders of skin, Other general symptoms, Other general symptoms, Acute upper respiratory infection of unspec site, Oth and unspec noninfectious gastroenteritis, Other general symptoms, Cellulitis and abscess of unspecified site, Oth and unspec noninfectious gastroenteritis, Other specified disorders of skin, CDC
_____Acute upper respiratory infection of unspec site, Acute upper respiratory infection of unspec site, Oth and unspec noninfectious gastroenteritis, Other specified disorders of skin, Urinary tract infection, site not specified, Other general symptoms, Other general symptoms, Other specified disorders of eye and adnexa, Oth and unspec noninfectious gastroenteritis, Other specified disorders of skin, Oth and unspec noninfectious gastroenteritis, Tonsillitis, acute, Renal failure, unspecified, Other specified disorders of joint, Rectal or anal pain, Acute prostatitis, BPH, Benign Hypertophy of Prostate, Cracked tooth - nontraumatic, Swelling, mass, or lump, localized superficial, Kidney failure, acute unspecified, Hernia of unspecified site, Chronic prostatitis

**Inmate Requires Translator:** No     **Language:**
**Additional Records Required:**

**Comments:**

**Requested By:** Laybourn, Katherine MD

**Ordered Date:** 05/18/2015 10:02

**Scheduled Target Date:** 10/30/2015 00:00



January 13, 2009

Mr. Lewis T. Cornell
FCC-MED-P. O. Box 90043
Petersburg, VA 28304

Dear Mr. Cornell:

Martha Stewart personally wishes to thank you for your letter and, of course, sharing your unique talent through your painting of her. Martha was indeed delighted to receive it.

Unfortunately, Ms. Stewart will not be able to grant your request of offering advice with your cause.

Martha sends her best wishes and hopes you achieve your goals.

Sincerely,

*Suzanne Wall*

Suzanne Wall
AVP, Customer Relations Director

# History's Images Pervade Portrait

July 1976

By Mark Moss
Staff Reporter

Two months ago the uncompleted portrait of George Washington was as lifeless as his portrait on the $1 bill.

Now the portentous stare has been replaced by blues eyes that gaze innocently enough. You wonder how he could have ruled over an infant nation, much less a ragged army.

After almost six months of painstaking work, Lewis Cornell has completed his portrait of Washington

Although based on the painting by Gilbert Stuart, Cornell's interpretation is unique.

"I had to keep my mind off the regular George Washington in order to do this," Cornell said.

The portrait of Washington himself is not unusual, but the images Cornell has included in the painting are symbolic of the nation's 200 years.

Crisscrossing Washington's chest are two flags flying from drumsticks that Cornell said represent the sound of music and marching. On the left is the flag of the 13 colonies; the other is the

contemporary flag with 50 stars. Both flags seem to be supported by Washington's chest.

In the upper-right-hand corner is a drawing of the Liberty Bell. Between the two is a cloud that appears to be opening to let in sunlight. The light represents help from God.

As he believes that God helped Washington to survive those long winters during the Revolutionary War, he also believes that God has helped paint this picture.

"I always like to give credit to the Lord," Cornell said. "In the long run it will pay off."

He also feels his father Julius Cornell, Sr., a professional chef had a lot to do with the limited success he's experiencing now and any success he may have in the future. He said his father has been encouraging him since the day he first picked up a paintbrush.

The painting of Washington will be exhibited in Reynolda Hall at Wake Forest University until Aug. 6. It can be seen Monday through Friday from 8:30 a.m. to 7:30 p.m.



Lewis Cornell displays his portrait of George Washington.

Staff Photo by Howard Walker



Artist Lewis T. Cornell presents his painting of Lawrence Joel in a ceremony at the coliseum.

JOURNAL PHOTO BY RICKY MOON

# NAMESAKE: Lawrence Joel Portrait Unveiled

By Rachel Stiffler
JOURNAL REPORTER

The late-afternoon sun streaming through the skylights in the lobby of Joel Coliseum yesterday spotlighted the newest addition to the building — an oil portrait of its namesake, the late Sgt. Lawrence Joel.

The painting of Joel, unveiled during a ceremony sponsored by the East Winston Community Development Corporation, shows Joel, a hero of the Vietnam War, standing on a balcony with a battlefield behind him and stormy skies above him.

The painting's setting represents Joel's courage in battle, said the artist, Lewis T. Cornell. The portrait shows Joel wearing the Congressional Medal of Honor around his neck. A blue light outlines his shoulders. "The highlights on his shoulders represent the highlights of the sky on him," Cornell said after the ceremony.

About 150 people, including 45 of Joel's relatives, attended the ceremony. Joel, the only Winston-Salem man to win the Medal of Honor, was an Army medic in Vietnam who attended to at least 13 wounded men after being wounded twice himself by enemy machine-gun fire. He was awarded the medal in 1967.

The portrait is a dream come true for Cornell, who has been wanting to paint Joel's portrait ever since the Winston-Salem Board of Aldermen approved the naming of the coliseum after Joel in 1986.

Cornell, who also paints landscapes and seascapes, approached the state Arts Council and the Urban Arts of The Arts Council Inc. last year about doing the portrait, but it was not until he went to the East Winston Community Development Corporation that he was able to secure money.

The project appealed to the corporation because it represented a chance for residents of East Winston to do something they could take pride in, said Paula McCoy, the community liaison for the corporation. "We wanted it to be a community-based project, so we didn't ask for contributions from corporations," Ms. McCoy said. "We wanted this to be something the community would be responsible for doing. It goes along with our concept of helping people realize their potential." The organization raised more than $5,000 from January through April, she said.

Alderman Vivian H. Burke, who accepted the portrait for the city, said that Cornell received his first recognition as an artist when he won a blue ribbon at a fair while a student in her third-grade class.

Cornell, who founded his own corporation, The Artist Speaks Inc., graduated from Atkins High School and has painted several other well-known people, including Mrs. Burke, Carl H. Russell Sr., aldermen Larry Womble and Patrick Hairston, R.J. Reynolds Sr. and the Rev. Jesse Jackson.

Along the way, Cornell received some encouragement and advice from Joe King, an internationally known artist and resident of Winston-Salem. King also gave him a few tips on the Joel portrait, he said. "I just thank God for giving me this talent," Cornell said.

Case 1:00-cr-00204-CCE   Document 593   Filed 08/05/16   Page 22 of 26

# People

## CLOSE-UP

# Cornell: Not a 'starving artist' type

By ANGIE MARTIN
Chronicle Staff Writer

It's quiet in the Winston-Salem State University art gallery now, but for the past three weeks WSSU students have had a chance to view local artist Lewis Cornell's work.

And, they likely liked what they saw.

"Excellent collection, realistic and easy to understand, conscious!" the students commented.

I know Cornell, senior partner of The Artist Speaks, is gearing up for another exhibit, sponsored by Urban Arts of the Arts Council this month.

The Dec. 3-Jan. 2 exhibit will honor local black artists and provide exposure for minority artists here, something that Cornell says is a good idea.

"Not enough blacks support black artists but some are and I'm glad for their own race," says Cornell, who is beginning to because they are recognizing the talent and abilities of their own race," says Cornell, who has been a full-time artist for 17 years.

To Cornell, art is simply something that he has done for most of his life—it's what he loves.

"Art is my life, it is me," Cornell says of his work. "I believe God gave me the gift so I have no problem pursuing it."

Cornell's talents and abilities have gained him praise since he was a young boy, he says he simply continues his art to the numerous art awards he's received since he began painting and drawing at age eight.

But, he does recall one of his earliest artistic accomplishments. While in the 5th grade he won a contest for his ink impressionistic work featuring Abraham Lincoln. In the 10th grade he won another award, the golden key and a certificate of merit for an oil painting. But, Cornell says, none of the awards gained there been his to claim had it not been for a little parental input. He says he was inspired by

his father who often criticized his early work.

"He was teaching me to make things be real," Cornell says. " When you learn to do an apple, an apple should look like an apple," my father would say. "When you paint that apple, I want to almost eat that apple. I see in it my apple, it must become a master of your paintbrush not just an artist."

Over the years, Cornell has become more than a artist. In many ways he has become a local celebrity's celebrity sought after to capture the essence of many well known North Carolinians.

Portraits of former Alderman Carl Russell, Alderman Patrick Hairston, Mayor Wayne A. Corpening, N.C. Rep. Annie Brown Kennedy, Chronicle Pr. and J. J. Reynolds have commanded Cornell's skill and expertise. The portraits are so realistic and the subject eyes seem to follow the observer through the

*"I am not the starving artist. I don't believe an artist has to starve. If a man is sincere in what he's doing, the Lord will open doors. The Lord has opened doors for me."*

—Lewis Cornell

gallery.

His portraits, many of which are based on black and white photographs, Cornell says he adds more than color. He adds life.

"If I paint a portrait and (the subject) doesn't have a certain gentleness," he says, "I'll put that in there. He says an artist can both bring out the good and the bad in a person and show that in their work.

"I should paint when I'm in a bad mood," Cornell says. "An artist has to starve. When you're that far into art you become highly obsessed with people and their attitudes."

Some of his best work, however, are impressionistic oil paintings, Cornell says. His 1973 award-winning piece, "The Boy," is one of his personal favorites.

"The Boy" depicts a small black boy deep in thought as he sketches on a dirt floor beneath his bare feet wearing only tattered clothes.

"He's thinking," Cornell says of the boy, who becomes might think represents a child aspiring to become an artist.

Cornell not only chooses contemporary black subjects for his work, he brings new life to historical black characters as well. A few years ago, he was commissioned by N.C. Central University to paint Nat Love, the first black cowboy, and other black Wild West scenes.

Just as every artist has his personal approach to his work, Cornell has a unique approach to the business of art as well as to the task itself.

Speaks, Cornell is both an artist and a businessman. He landscapes, does seascapes and interior designs. In this, he says, he is able to shatter stereotypes often attributed to multi-media artists.

"I care less about hanging art in a show," he says, going paid for your work."

"Some of his works are priced above $1,200. "I'm not the starving artist," Cornell says. "I don't believe an artist has to starve. If a man is sincere in what he's doing, the Lord will open doors. The Lord has opened doors for me."

Cornell says he has such a hectic schedule because he is both a freelance man and a full-time

"I do believe you must sell yourself, this is something you must do," he says. "This keeps me on my toes. I can't say if I don't work." You have to be more than an artist. You have to be businessminded also.

Currently, Cornell is in the business of looking for a sponsor. He says he envisions taking on even greater commercial art projects such as a nationally distributed calendar or textbook illustrations. For some of his ideas, he says, he'll need a corporate sponsor.

I feel Cornell speaks with a young artist to encourage them in their pursuits.

"A lot of young artists become discouraged and I can't say I haven't either but perseverance has helped me because I know this is something I can do."

ral and to observe and wonder.

"Look carefully at people," he says he advises young artist. "(Tell them) to train the eye to see into around, and through things to develop an awareness and there's nothing to learn the path to quick think ing and sure decisions."

Versatility is also a hallmark of Cornell's philosophy on art and he says he believes that "You have to be versatile, not only in your painting, but how you deal with people. If a man produces a good product and he's versatile in that work, his work is going to be judged whether it's good or bad."

But those who think putting a brush to the canvas is a simple task Cornell offers this insight.

"Being an artist is not easy, it's a hard thing to do.





# Lewis Cornell

Lewis Cornell is a painter and a teacher. A native of Winston-Salem, he studied at the North Carolina School of the Arts and Gary Training Center, Texas. He has exhibited extensively and conveys this message to his students.

Be observant—look carefully at people, places and objects. Notice colors, shapes, proportions, forms, and their relation to one another. To train the eye to see into, around and through things to develop an awareness that misses nothing is to learn the path to quick thinking and sure decisions.

Develop your memory and your imagination. All that you observe and picture in your mind becomes a part of your storehouse of knowledge. Good judgement is important. Every time you select or create a shape, color, or a form, take time to consider it in relation to the other lines, shapes, colors or forms with which it is concerned.

Be original—the ease with which some students copy or repeat pictures is not a true sign of ability. True ability in art is the power to invent, to create and to design with originality.

To observe and wonder (the why, how, when, etc. of persons and things) is to acquire greater knowledge. Note: Observation is not enough; you must wonder the why of things to increase your knowledge twofold.



Reverend Jesse Jackson
Oil

12

*The Suggestion Plan*

# R.J.Reynolds Tobacco Company

*This Certifies That*

LEWIS T. CORNELL.

*Received an Award for Suggestion*   70-1257   *on*   November 19, 1970

*In recognition of your thought and effort to find the best way of doing things, your Company is pleased to present you this certificate as evidence of its appreciation. Proposals, such as yours, contribute to the growth and progress of the Company, its people, and its products.*

_____
SUGGESTION PLAN COMMITTEE

# LEWIS CORNELL

Lewis Cornell is a native of Winston-Salem, and for the past seventeen years has worked independently as an artist. He studied at The North Carolina School of the Arts and the Gary Training Center in San Marcos, Texas. Mr. Cornell is the senior partner for The Artist Speaks, a privately owned business in Winston-Salem, North Carolina. He has exhibited in the M.C. Benton Convention Center, North Carolina Central University, Winston-Salem State University, Potters House Gallery, Washington, D.C., Southeastern Center for Contemporary Art, and numerous other places. Mr. Cornell's most recent accomplishment was the unveiling of a commissioned portrait of Vivian Burke, a local political figure.

*Rodeo Scene, Nat Love, Isom Dart, Series on loan from N.C. Central University; oils*

*Bicentennial-George Washington, 1976, oils*

*Head of Christ, 1970, pastels*



2